# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ALVIN L. BRANDL, Personal Representative of the Estate of DEBRA G. BRANDL, Deceased,**<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**THE HAMMERBLOW CORP,**<br><br>    **Defendant.**<br>and<br>**H&H TRAILER CO.,**<br><br>    **Defendant and Third Party Plaintiff,**<br><br>  vs.<br><br>**WILLIAM T. BURESH,**<br><br>    **Third Party Defendant.** | **8:02CV409**<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge on May 10, 2005 by counsel for the parties,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before June 10, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The plaintiff's motion to amend (Filing No. 95) is denied as moot.

DATED this 10th day of May, 2005.

BY THE COURT:

  s/Thomas D. Thalken
United States Magistrate Judge