FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 20 2005

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALVIN L. BRANDL, Personal Representative of the Estate of Debra G. Brandl, Deceased,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>H&H TRAILER CO.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>and<br><br>HAMMERBLOW TOWING SYSTEMS, INC.,<br><br>　　　　　　　　　　Defendant,<br><br>v.<br><br>WILLIAM T. BURESH,<br><br>　　Third-Party Defendant. | CASE NO. 8:02CV409<br><br>ORDER OF DISMISSAL |

Pursuant to written Stipulation of the parties filed herein, the above-entitled cause, including the third-party action filed against William T. Buresh, is hereby forever dismissed, with prejudice, each party to pay their own costs, attorney docket waived.

DATED: June 20, 2005

BY THE COURT:

_[signature]_
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

Prepared and submitted by:

Ronald F. Krause - 15980
Cassem, Tierney, Adams,
　Gotch & Douglas
Suite 300
8805 Indian Hills Drive
Omaha, Nebraska  68114
(402) 390-0300